DANIEL E. CURRIDEN, ESQ.
Nevada Bar No. 3502
CURRIDEN, ARNESON & ANDERTON
7201 W Lake Mead, Suite 580
Las Vegas, Nevada 89128
(702) 870-7188
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CERRELL TRAVIS BILLUPS, JR., individually,<br><br>Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURANCE COMPANY, a California corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00819-JAD-PAL |

## STIPULATION AND ORDER TO STAY CASE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective counsel of record, that the above-captioned matter be stayed while the parties attempt to arbitrate the matter.

DATED this 7th day of May, 2015.

| CURRIDEN, ARNESON & ANDERTON | GLEN LERNER INJURY ATTORNEYS |
|---|---|
| By_____<br>DANIEL E. CURRIDEN, ESQ.<br>7201 W Lake Mead #580<br>Las Vegas, Nevada 89128<br>Attorney for Defendant | By_____<br>JUSTIN G. RANDALL, ESQ.<br>4795 S Durango Drive<br>Las Vegas, Nevada 89147<br>Attorney for Plaintiff |

1

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-captioned matter is stayed pending arbitration.

Dated: May 11, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
CURRIDEN, ARNESON & ANDERTON

By_____
DANIEL E. CURRIDEN, ESQ.
7201 W Lake Mead, Suite 580
Las Vegas, Nevada 89128
Attorneys for Defendant